In the Matter of the Claim of CLEMENTINA BALAIS, Respondent, against BRADY & GIOE et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Balais* v. *Brady & Gioe,* 189 App. Div. 408, affirmed.

(Argued January 5, 1920; decided January 20, 1920.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 21, 1919, unanimously affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant's husband was killed by falling into the hold of a vessel upon which he was working. Prior to the filing of the claim herein the present claimant, as administratrix of the estate of her decedent, brought an action in the Supreme Court to recover for the death of the intestate, in which action she was defeated upon the merits, and it is now urged that having elected to sue, the claimant has made an election which operates as a bar to this proceeding under the Workmen's Compensation Law. The Appellate Division held that the election of an administratrix cannot be a bar to a claim on behalf of the individuals who are given definite rights under the statute.

*E. C. Sherwood, William B. Davis* and *Amos H. Stephens* for appellants.

*Charles D. Newton, Attorney-General (C. E. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.